IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR259 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT L. PRIME, III, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to strike Document No. 34 from the record (Filing No. 37) because the incorrect PDF document was attached. Document No. 34 was a copy rather and the original.

**IT IS ORDERED:**

The defendant's motion to strike (Filing No. 37) is hereby granted. Document No. 34 is stricken from the record and the Clerk shall file the original affidavit.

DATED this 24th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge