UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
    **Plaintiff**

v.                                                                          Case Number 8:05CR259-003

                                                  USM Number 20270-047

**ROBERT L. PRIME III**
    **Defendant**

                                                  **SHANNON P. O'CONNOR**

                                                  **Defendant's Attorney**

_____

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to violation the Mandatory Conditions, Standard Conditions 7, 2, 6, 9, 11 and Special Condition 4 of the term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violations | Date Violation Concluded |
|---|---|---|
| 1 | Offender was charged for driving under suspension | June 28, 2008 |
| 2 | Offender was charged with fictitious license plates | July 20, 2008 |
| 3 | Offender tested positive for marijuana | May 1, 2008 |
| 4 | Offender failed to submit monthly reports | July 2008 |
| 5 | Offender failed to report change in residence or employment | July 28, 2008 |
| 6 | Offender was observed associating with a convicted felon | July 20, 2008 |
| 7 | Offender failed to notify Probation of contact with law enforcement | July 20, 2008 |
| 8 | Offender failed to report for drug testing | July 18, 2008 |
| 9 | Offender failed to complete drug/alcohol evaluation | June 19, 2008 |
| 10 | Offender was arrested for possession of a controlled substance, driving under suspension | October 18, 2008 |
| 11 | Offender was charged with possession of marijuana | October 16, 2008 |

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                                                Date of Imposition of Sentence:
                                                                        February 23, 2009

                                                                            s/Laurie Smith Camp
                                                                    United States District Judge

                                                                            February 3, 2009

Defendant: ROBERT L. PRIME III  
Case Number: 8:05CR259-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **11 months**.

The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant participate in the 500-hour Comprehensive Drug Treatment Program or any similar drug treatment program available.

2. That the defendant be incarcerated in a federal facility as close to **Scottsbluff, Nebraska** as possible.

3. Defendant shall be given credit for time served.

The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

_____  
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, _____ to _____, with a certified copy of this judgment.

_____  
UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____  
UNITED STATES WARDEN

By:_____

Defendant: ROBERT L. PRIME III                                                                                              Page 3 of 3
Case Number: 8:05CR259-003

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $100.00 (paid) | | |

The Court has determined that the defendant does not have the ability to pay interest and it is ordered that:

## FINE

## RESTITUTION

Following the imposition of sentence, the Court advised the defendant of the right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk